# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 27, 2022

## NO. 03-21-00343-CV

**Rand G. Desrosiers, Appellant**

**v.**

**William Davis and Lanell Davis, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on March 17, 2021. Having reviewed the record, the Court holds that Rand G. Desrosiers has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.